UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ESPINOZA,<br>　　　　　Petitioner,<br>　　v.<br>W. L. MONTGOMERY, Warden,<br>　　　　　Respondent. | Case No. 17-cv-02159-YGR (PR)<br>**JUDGMENT** |

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: July 24, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge